UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **5:25-cv-03128-SPG-ACCV** | Date: | May 1, 2026 |
|---|---|---|---|

Title: ***Alexander L. Smith, et al. v. County of Riverside, et al.***

---

Present: The Honorable    Angela C. C. Viramontes, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):  ORDER TO SHOW CAUSE**

Lauraleen A. Petersen, and Anthony L. Spence ("Plaintiffs"[1]) filed this civil rights case under 42 U.S.C. § 1983 against multiple defendants, including defendant Lisa M. Salazar ("Salazar") in her individual capacity and official capacity as a court-appointed conservator. (Dkt. No. 1). Proceeding pro se, defendant Salazar filed her Motion to Dismiss of Defendant Lisa Salazar ("Motion to Dismiss") on December 18, 2025. (Dkt. No. 21.) On March 17, 2026, the Court ordered Plaintiffs to file their opposition or notice of non-opposition to defendant Salazar's Motion to Dismiss by April 13, 2026. (Dkt. No. 39.) On March 23, 2026, Petitioner filed a Motion to Strike, or in the Alternative, to Take Off Calendar or Deny Without Prejudice Defendant Lisa M. Salazar's Motion to Dismiss for Failure to Serve and Failure to File Proof of Service ("Motion to Strike"). (Dkt. No. 42.) Petitioner filed a second motion to strike on April 21, 2026. (Dkt. No. 51.)

A written motion must be served on every party and filed with proper proof of service. *See* Fed. R. Civ. P. 5; L.R. 5-3.1.1, L.R. 5-3.2.1. As of the date of this order, the record does not show that defendant Salazar served her Motion to Dismiss, filed a proof of service, or submitted documents to the Court that demonstrate compliance with Fed. R. Civ. P. 5 and the L.R. 5-3.1.1, 5-3.2.1.

Accordingly, on or before **May 15, 2026**, defendant Salazar is ORDERED TO SHOW CAUSE why her Motion to Dismiss should not be denied without prejudice for failure to serve and file a proof of service. The Court advises defendant Salazar that failure to respond on or before May 15, 2026, may result in denial of her Motion to Dismiss.

**IT IS SO ORDERED.**

---

[1] On December 22, 2025, plaintiff Alexander L. Smith was terminated from the action through a Notice of Dismissal filed by the remaining plaintiffs pursuant to Fed. R. Civ. P. 41(a)(1). (Dkt. No. 19.)